IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JERMAINE CORDELL CLARK, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-693-ECM |
| JOSEPH H. HEADLEY, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On March 7, 2024, the Magistrate Judge entered a Recommendation (doc. 9) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 9) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of the Court.

A separate Final Judgment will be entered.

DONE this 22nd day of May, 2024.

      /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE